# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHFIELD INSURANCE COMPANY, an Iowa corporation,<br><br>Plaintiff,<br>v.<br><br>SANDY'S PLACE, LLC, a California limited liability company; SANDY G. SELF, an individual; OLEN SELF, an individual; MONICO ALEJANDREZ, an individual; RUDY GALLEGOS, JR., an individual; and DOES 1 through 10, Inclusive,<br><br>Defendants. | CASE NO.: 1:19-cv-00897-LJO-SKO<br>Hon. Lawrence J. O'Neill<br><br>ORDER GRATING STIPULATION TO SET ASIDE DEFAULT OF (1) SANDY'S PLACE, LLC; (2) SANDY G. SELF; and (3) OLEN SELF<br><br>(Doc. 10) |

ORDER ON STIPULATION TO SET ASIDE DEFAULT

The Court, having considered the parties Stipulation to set aside the default of defendants Sandy's Place, LLC, Sandy G. Self, and Olen Self (the "Sandy's Place Defaulting Defendants") (Doc. 10), and finding good cause therein, hereby orders as follows:

1. The default entered against the Sandy's Place Defaulting Defendants is hereby SET ASIDE.
2. The Sandy's Place Defaulting Defendants' Answer shall be filed within five (5) court days of the filing of this order.

IT IS SO ORDERED.

Dated: **September 30, 2019**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE