MARK D. PETERSON (State Bar #126174)
CATES PETERSON LLP
4100 Newport Place, Suite 230
Newport Beach, CA 92660
Facsimile: (949) 724-1190
Email: markpeterson@catespeterson.com

Attorneys for Plaintiff
NORTHFIELD INSURANCE COMPANY

JAMES H. WILKINS (State Bar # 116364)
ALYSON A. BERG (State Bar # 184795)
WILKINS, DROLSHAGEN & CZESHINSKI LLP
6785 N Willow Avenue
Fresno, CA 93710
Facsimile: (559) 438-2393
Email: j.wilkins@wdcllp.com
    a.berg@wdcllp.com

Attorneys for Defendants
SANDY'S PLACE, LLC, SANDY G. SELF,
AND OLEN SELF

DANIEL L. HARRALSON
DANIEL L. HARRALSON LAW CORPORATION
Post Office Box 26688
Fresno, California 93729-6688
Email: harralsonlaw@sbcglobal.net

Attorneys for Defendant RUDY GALLEGOS, JR.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NORTHFIELD INSURANCE COMPANY, an Iowa corporation,<br><br>             Plaintiff,<br>    v.<br><br>SANDY'S PLACE, LLC, a California limited liability company; SANDY G. SELF, an individual; OLEN SELF, an individual; MONICO ALEJANDREZ, an individual; RUDY GALLEGOS, JR., an individual; and DOES 1 through 10, Inclusive,<br><br>             Defendants. | CASE NO.: 1:19-cv-00897-LJO-EPG<br><br>**STIPULATION AND ORDER TO CONTINUE SCHEDULING CONFERENCE**<br><br>Date: November 25, 2019<br>Time: 10:00 a.m.<br>Ctrm: 10<br>Honorable Erika P. Grosjean |

1

Plaintiff, NORTHFIELD INSURANCE COMPANY AND Defendants SANDY'S PLACE, LLC, SANDY G. SELF, OLEN SELF, and RUDY GALLEGOS, JR., by and through their counsel of record, hereby agree and stipulate to continue the Mandatory Scheduling Conference currently scheduled for October 31, 2019 to November 25, 2019 at 10:00 a.m. in Courtroom 10. Good cause exists for this brief continuance of the Mandatory Scheduling Conference because counsel for Defendant Rudy Gallegos has recently accepted service of the complaint. No prejudice will be suffered by any parties as this matter is only in the initial stages of the lawsuit.

Respectfully submitted,

Dated: October 21, 2019

/s/ *Mark D. Peterson*
MARK D. PETERSON
Of CATES PETERSON LLP
Attorneys for Plaintiff NORTHFIELD INSURANCE COMPANY

Dated: October 21, 2019

*/s/Alyson A. Berg*
JAMES H. WILKINS
ALYSON A. BERG
Of WILKINS, DROLSHAGEN & CZESHINSKI LLP
Attorneys for Defendants
SANDY'S PLACE, LLC, SANDY G. SELF, and OLEN SELF

Dated: October 21, 2019

*/s/ Daniel L. Harralson*
DANIEL L HARRALSON
Of HARRALSON LAW CORPORATION
Attorneys for Defendant RUDY GALLEGOS

**ORDER**

For good cause showing, IT IS HEREBY ORDERED that the Scheduling Conference currently scheduled for October 31, 2019 at 10:00 a.m. be continued to November 25, 2019 at 10:00 a.m. in Courtroom 10.

IT IS SO ORDERED.

Dated: **October 22, 2019** /s/ *Erin P. Gross*
UNITED STATES MAGISTRATE JUDGE