UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHFIELD INSURANCE COMPANY, an Iowa corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>SANDY'S PLACE, LLC, a California limited liability company; SANDY G. SELF, an individual; OLEN SELF, an individual; MONICO ALEJANDREZ, an individual; RUDY GALLEGOS, JR., an individual; and DOES 1 through 10, Inclusive,<br><br>    Defendants. | No.: 1:19-cv-00897-NONE-EPG<br><br>JUDGMENT |

It is hereby ordered, adjudged, and decreed, pursuant to the court's order for summary judgment for plaintiff Northfield Insurance Company ("Northfield") and consistent with the parties' stipulation for judgment, that:

1. Judgment is entered in favor of Northfield and against defendants Sandy's Place, LLC, Sandy G. Self, and Olen Self (collectively "the Insureds") and Rudy Gallegos, Jr. on Northfield's first cause of action for declaratory relief; for the reasons stated in the court's order of March 31, 2021 (Doc. No. 36), the court declares that Northfield is not and was not obligated to defend the Insureds in the Underlying Action; and

/////

1

2.  Pursuant to the Joint Stipulation of Judgment, the second cause of action for reimbursement is dismissed.

IT IS SO ORDERED.

Dated:  **July 19, 2021**

*/s/ Dale A. Drozd*
UNITED STATES DISTRICT JUDGE